### [ANONYMOUS.]

Supreme Court.   October, 1794.

*Wilson's Red Book, 25.*

While sitting, the Court (upon a doubt of one of the gentlemen at the bar whether a cause was at issue on the docket upon *non culpa* or suchlike general issue plea without these words "replications and issues") said (and when going over the docket wished the bar to take notice) that they should consider such pleas as issues complete, for if the plea was drawn up at large the *similiter* would be added, although the other might, when he received it, strike out the *similiter*.   (*Vide Polk's Lessee v. Ross* in Court of Common Pleas, *contra.*)

They also said they would understand the word "continued" always signifying "continued under the same rules," unless the contrary was specified.

### STATE v. MORRIS.

Supreme Court.   October, 1794.

*Wilson's Red Book, 25.*

Upon a question of striking off this suit, the Court said "not to be brought forward" means "that if the suit is not concerned with in six months, it is considered as discontinued."